2008-30141
FILED
September 09, 2008
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001398903

1  NICOLAS DALUISO, #163553
   Robinson Tait, P.S.
2  710 Second Ave, Suite 710
   Seattle, WA 98104
3  Phone: (206) 876-3268
4  Facsimile: (206) 676-9659

5  Attorneys for Secured Creditor,
   Saxon Mortgage Services, Inc.
6

7

8                           UNITED STATES BANKRUPTCY COURT

9                           EASTERN DISTRICT OF CALIFORNIA

10                                SACRAMENTO DIVISION

11  In re                                ) Bankruptcy Case No. 08-30141-CK
                                         )
12  TONY AREF SULEIMAN,                  ) Docket Control No. ND-1
                                         )
13              Debtor.                  ) Chapter 7
                                         )
14  _____      )
                                         )
15  SAXON MORTGAGE SERVICES, INC. AS     )
    SERVICER FOR MORTGAGE                ) HEARING DATE:
16  ELECTRONIC REGISTRATION              ) DATE: **September 9, 2008**
    SYSTEMS, INC. AND ITS SUCCESSORS     ) TIME: **9:30 am**
17  AND ASSIGNS                          ) CTRM: **35, 6th Floor**
                                         )
18              Movant,                  )
                                         )
19  vs.                                  )
                                         )
20  TONY AREF SULEIMAN AND JENNIFER      )
    LYNNE SULEIMAN, Debtors, and Gary    )
21  Farrar, Trustee,                     )
                                         )
22                                       )
                Respondents.             )
23                                       )
                                         )
24  _____      )

25              AMENDED    **ORDER TERMINATING STAY**

26          A Motion for Relief from the Automatic Stay was noticed in the within matter and

27  filed by SAXON MORTGAGE SERVICES, INC. AS SERVICER FOR MORTGAGE

28  ELECTRONIC REGISTRATION SYSTEMS, INC. AND ITS SUCCESSORS AND ASSIGNS.

    The Court does hereby make its Order as follows:

1  IT IS HEREBY ordered that in regard to the real property located at 800 East
2  Oakside Drive, Sonora, CA 95370 and described as follows:

**PLEASE SEE FULL LEGAL DESCRIPTION AS EXHIBIT "A" ATTACHED HERETO.**

the automatic stay is terminated. Anyone with standing may proceed with and consummate its foreclosure proceedings in all respects, and/or fully enforce all of it rights under its Note and Deed of Trust and may further take any acts or institute and complete any proceedings necessary to obtain possession of the above real property in the event Movant is the successful purchaser of such property at foreclosure sale of in the event Movant otherwise acquires title to such property.

I Dated: September 09, 2008

_____
United States Bankruptcy Judge

Loan No: 3001075391  
Borrower: TONY SULEIMAN

Data ID: 186

# LEGAL DESCRIPTION

Provide legal description here. Attach to the document to be recorded and file as one instrument.

_____     _____

## EXHIBIT "A"

All that certain real property in the City of Sonora, County of Tuolumne, State of California, described as follows:

PARCEL ONE:

LOT 15, BLOCK 3 of MEYER HILLS SUBDIVISION, according to the map thereof on file in the Office of the Tuolumne County Recorder, California in Book 8 of Maps, at Page 42.

PARCEL TWO:

Beginning at the NE corner of Lot 14, Block 3, Meyer Hills Subdivision, adjacent to the City of Sonora, Tuolumne County, California; thence S. 2° 00' W. a distance of 129.90 feet; thence N 88° 22' W. a distance of 10 feet; thence N. 2° 00' E. a distance of 130.36 feet; thence S. 85° 23' E. a distance of 10.01 feet to the point of beginning, and comprising the Easterly 10 feet of Lot 14, Block 3 of Meyer Hills Subdivision as per map of this Subdivision recorded April 16, 1946, in Book 8 of Plats, Pages 36-A and 36-B, Official Records of Tuolumne County.

Assessor's Parcel Number 044-121-10

(Page 1 of 1 Pages)

30010753910133

Description: Tuolumne,CA Document-Year.DocID 2007.933 Page: 17 of 21
Order: suleiman Comment: